> Cover Sheet
> Case number: 1-07-cr-00058-JEG-RAW
> Document #: 3 Main Document
> Document behind cover is 1 page(s)

NOTE: This docket entry (or case) is sealed, no email notices have been sent.

8:08CR104

## U.S. District Court

### United States District Court for the Southern District of Iowa

**Notice of Electronic Filing**

The following transaction was entered on 9/13/2007 at 10:42 AM CDT and filed on 9/12/2007

| | |
|---|---|
| **Case Name:** | USA v. Cribbs |
| **Case Number:** | 1:07-cr-58 |
| **Filer:** | |
| **Document Number:** | 3 |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
08 MAR -7 PM 1:51
OFFICE OF THE CLERK

**Docket Text:**
TEXT Minute Entry for proceedings held before Judge Celeste F. Bremer :Grand Jury Presentment as to Ray A Cribbs, Jr held on 9/12/2007 Secret, Warrant to issue, Gov. requested Detention; AUSA: Richard Rothrock; Time: 3:40-3:50pm (don,pb)

1:07-cr-58-1 Notice has been electronically mailed to:
PLACE_EMAIL
1:07-cr-58-1 Notice has been delivered by other means to:
PLACE_NO_EMAIL

This event contained no paper or electronic document