Cover Sheet
Case number: 1-07-cr-00058-JEG-RAW
Document #: 8 Main Document
Document behind cover is 1 page(s)

## U.S. District Court

### United States District Court for the Southern District of Iowa

**Notice of Electronic Filing**

The following transaction was entered on 10/11/2007 at 2:34 PM CDT and filed on 10/11/2007

| | |
|---|---|
| **Case Name:** | USA v. Cribbs |
| **Case Number:** | 1:07-cr-58 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
TEXT ORDER as to Ray A Cribbs, Jr re [7] Notice of Attorney Appearance - Defendant filed by Ray A Cribbs, Jr. and Motion to Continue Initial Appearance and Arraignment. Motion granted. Arraignment NOW set for 10/26/2007 at 11:30 AM before Magistrate Judge Celeste F. Bremer. Initial Appearance set for 10/26/2007 11:30 AM before Magistrate Judge Celeste F. Bremer. Signed by Judge Celeste F. Bremer on 10/11/2007. (mlr)

**1:07-cr-58-1 Notice has been electronically mailed to:**
Richard E Rothrock   richard.rothrock@usdoj.gov,usaias.nefcriminal@usdoj.gov
Stuart J Dornan   stu@dornanandlustgarten.com
**1:07-cr-58-1 Notice has been delivered by other means to:**

This event contained no paper or electronic document