Cover Sheet
Case number: 1-07-cr-00058-JEG-RAW
Document #: 10 Main Document
Document behind cover is 1 page(s)

## U.S. District Court

## United States District Court for the Southern District of Iowa

**Notice of Electronic Filing**
The following transaction was entered on 10/23/2007 at 2:53 PM CDT and filed on 10/23/2007

**Case Name:**       USA v. Cribbs

**Case Number:**     1:07-cr-58

**Filer:**

**Document Number:**   10

**Docket Text:**
TEXT ORDER granting for good cause shown [9] Motion to Continue as to Ray A Cribbs Jr. (1).
Arraignment is now set for 11/13/2007 10:00 AM in Des Moines - Room 460 - 4th Floor North before
Magistrate Judge Ross A. Walters. Initial Appearance is now set for 11/13/2007 10:00 AM in Des
Moines - Room 460 - 4th Floor North before Magistrate Judge Ross A. Walters. Signed by Magistrate
Judge Celeste F. Bremer on 10/23/2007.(npg)

**1:07-cr-58-1 Notice has been electronically mailed to:**
Richard E Rothrock    richard.rothrock@usdoj.gov,usaias.nefcriminal@usdoj.gov
Stuart J Dornan    stu@dornanandlustgarten.com
**1:07-cr-58-1 Notice has been delivered by other means to:**

This event contained no paper or electronic document