

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

NOV 1 5 2007

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.

RAY A. CRIBS, JR, a/k/a
RAY-RAY

Defendant(s).

8:08cr104

No. 1:07-CR-058

MOTION FOR ADMISSION
PRO HAC VICE

OFFICE OF THE CLERK
08 MAR -7 PM 1: 52
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

Jason R. Wareham, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Ray A. Cribs. Jason Wareham states that he is a member in good standing of the bar of the United States District Court for the District of Nebraska and the highest court of the state of Iowa, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Jason R. Wareham further states his pro hac vice admission on behalf of the defendant in this case is authorized by LR 83.2(i).

JASON R. WAREHAM
Dornan & Lustgarten, P.C., L.L.O.
1001 Farnam St. Omaha, NE 68102
Phone: 402-884-7044
Fax: 402-884-7045
Jason@dornanandlustgarten.com

Cover Sheet
Case number: 1-07-cr-00058-JEG-RAW
Document #: 14 Main Document
Document behind cover is 1 page(s)

## U.S. District Court

### United States District Court for the Southern District of Iowa

**Notice of Electronic Filing**

The following transaction was entered on 11/13/2007 at 12:03 PM CST and filed on 11/13/2007

| | |
|---|---|
| **Case Name:** | USA v. Cribbs |
| **Case Number:** | 1:07-cr-58 |
| **Filer:** | Dft No. 1 - Ray A Cribbs, Jr |
| **Document Number:** | 14 |

**Docket Text:**
MOTION for Leave to Appear Pro Hac Vice Attorney: Jason R. Wareham. Motions referred to Ross A. Walters. by Ray A Cribbs, Jr. (dv, )

**1:07-cr-58-1 Notice has been electronically mailed to:**
Richard E Rothrock Richard.Rothrock@USDOJ.gov, usaias.nefcriminal@usdoj.gov
Stuart J Dornan stu@dornanandlustgarten.com
Jason R Wareham jason@dornanandlustgarten.com
**1:07-cr-58-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction: