IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA, )    8.08cN04
                          )    NO. 1:07-cr-00058-JEG-RAW
        Plaintiff,        )
                          )    ORDER CONTINUING TRIAL
  vs.                     )    TO JANUARY 7, 2008
                          )    TRIAL SETTING
RAY A. CRIBBS,            )
                          )
        Defendant.        )

        On November 13, 2007, defendant Ray A. Cribbs appeared
with his counsel Jason Wareham, standing in for Stuart Dornan, for
arraignment. Assistant U.S. Attorney Richard Rothrock appeared for
the government.

        Following arraignment counsel jointly made an oral motion
for a continuance of the trial date to a later setting in order to
allow adequate time to prepare for trial. The Court has determined
that additional time is needed for counsel to prepare for trial.
Trial is continued to the criminal trial period commencing **January
7, 2008.** The Court finds the ends of justice served by such a
continuance outweigh the best interests of the public and the
defendant to a speedy trial. The time of the delay shall constitute
excludable time under the Speedy Trial Act.

IT IS SO ORDERED.

Dated this 13th day of November, 2007.

ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE

Cover Sheet
Case number: 1-07-cr-00058-JEG-RAW
Document #: 16 Main Document
Document behind cover is 2 page(s)

## U.S. District Court

### United States District Court for the Southern District of Iowa

**Notice of Electronic Filing**
The following transaction was entered on 11/13/2007 at 1:55 PM CST and filed on 11/13/2007

| | |
|---|---|
| **Case Name:** | USA v. Cribbs |
| **Case Number:** | 1:07-cr-58 |
| **Filer:** | |
| **Document Number:** | 16 |

**Docket Text:**
ORDER Continuing Trial to January 7, 2008 Setting as to Ray A Cribbs, Jr. Jury Trial set for 1/7/2008 09:00 AM in Des Moines - Room 160- 1st Floor North before Judge James E. Gritzner.Signed by Magistrate Judge Ross A. Walters on 11/13/2007. (klw)

**1:07-cr-58-1 Notice has been electronically mailed to:**
Richard E Rothrock     richard.rothrock@usdoj.gov,usaias.nefcriminal@usdoj.gov
Stuart J Dornan     stu@dornanandlustgarten.com
Jason R Wareham     jason@dornanandlustgarten.com
**1:07-cr-58-1 Notice has been delivered by other means to:**