> Cover Sheet
> Case number: 1-07-cr-00058-JEG-RAW
> Document #: 18 Main Document
> Document behind cover is 1 page(s)

**U.S. District Court**

8:08CR104

**United States District Court for the Southern District of Iowa**

**Notice of Electronic Filing**

The following transaction was entered on 1/4/2008 at 2:31 PM CST and filed on 1/4/2008

| | |
|---|---|
| **Case Name:** | USA v. Cribbs |
| **Case Number:** | 1:07-cr-58 |
| **Filer:** | |
| **Document Number:** | 18 |

*[Stamp: FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 08 MAR -7 PM 1:52 OFFICE OF THE CLERK]*

**Docket Text:**
**TEXT ORDER granting [17] unresisted motion to continue trial as to Ray A. Cribs Jr. Trial is hereby rescheduled for the two-week period commencing 2/4/2008. The Court finds the ends of justice served by delaying the trial outweigh the best interests of the public and Defendant in a speedy trial; the delay in trial shall constitute excludable time under the Speedy Trial Act. Signed by Judge James E. Gritzner on 1/4/2008. (nlh)**

**1:07-cr-58-1 Notice has been electronically mailed to:**
Richard E Rothrock
richard.rothrock@usdoj.gov,usaias.nefcriminal@usdoj.gov,dawn.thomas@usdoj.gov
Stuart J Dornan     stu@dornanandlustgarten.com
Jason R Wareham    jason@dornanandlustgarten.com
**1:07-cr-58-1 Notice has been delivered by other means to:**

This event contained no paper or electronic document