```
                Cover Sheet
  Case number: 1-07-cr-00058-JEG-RAW
       Document #: 20 Main Document
    Document behind cover is 1 page(s)
```

## U.S. District Court

8:08cr104

## United States District Court for the Southern District of Iowa

### Notice of Electronic Filing

The following transaction was entered on 1/31/2008 at 9:16 AM CST and filed on 1/31/2008

**Case Name:** USA v. Cribbs

**Case Number:** 1:07-cr-58

**Filer:**

**Document Number:** 20

FILED
08 MAR -7 PM 1:52
OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

### Docket Text:
**TEXT ORDER granting [19] unresisted motion to continue trial as to Ray A. Cribbs Jr. Trial is hereby rescheduled for the two-week period commencing 3/3/2008. Pretrial motions shall be filed by 2/11/2008. The Court finds the ends of justice served by delaying the trial outweigh the best interests of the public and Defendant in a speedy trial; the delay in trial shall constitute excludable time under the Speedy Trial Act. Signed by Judge James E. Gritzner on 1/31/2008.** (nlh)

**1:07-cr-58-1 Notice has been electronically mailed to:**
Richard E Rothrock
richard.rothrock@usdoj.gov,usaias.nefcriminal@usdoj.gov,dawn.thomas@usdoj.gov
Stuart J Dornan    stu@dornanandlustgarten.com,ruth@dornanandlustgarten.com
Jason R Wareham    jason@dornanandlustgarten.com
**1:07-cr-58-1 Notice has been delivered by other means to:**

This event contained no paper or electronic document