IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:08CR104
                             )
      v.                     )
                             )
RAY A. CRIBBS, JR.,          )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 46).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Monday, November 24, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 29th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court