IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR104 |
| | ) | |
| v. | ) | |
| | ) | |
| RAY A. CRIBBS, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the motion of the law office of Dornan, Lustgarten & Troia for leave to withdraw Jason R. Wareham as counsel of record in this matter (Filing No. 58).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that the motion is granted; Jason R. Wareham is deemed withdrawn as counsel for defendant.

      DATED this 28th day of July, 2011.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                    _____
                                    LYLE E. STROM, Senior Judge
                                    United States District Court