IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
             Plaintiff,      )          8:08CR104
                             )
        v.                   )
                             )
RAY A. CRIBBS, JR.,          )          ORDER
                             )
             Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion to withdraw motion pursuant to Rule 35(b) (Filing No. 59). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the Rule 35(b) motion (Filing No. 56) is deemed withdrawn because it is moot.

DATED this 28th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court