IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR104 |
| | ) | |
| v. | ) | |
| | ) | |
| RAY A. CRIBBS, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the second amended petition for warrant or summons for offender under supervision (Filing No. 93). The defendant was present and represented by Jeffrey L. Thomas, Assistant Federal Public Defender. Plaintiff was represented by Russell X. Mayer, Assistant United States Attorney.

At the hearing held on February 19, 2015, defendant admitted the charges contained in Allegation No. 1 of the second amended petition. After hearing from both counsel for the government and counsel for the defendant, defendant declined to make any remarks.

The Court revoked defendant's supervised release, and defendant was again placed on supervised release for a term of one year with the same conditions as previously imposed. Defendant shall also report to an institution designated by the probation office for ten (10) consecutive weekends, from 7 p.m.

each Friday until 7 p.m. on each Sunday.  Plaintiff moved to dismiss Allegations 2-11 of the second amended petition.  Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is revoked; he is placed on a term of supervised release for one year with the same terms and conditions as previously imposed.

2) The defendant shall also report to an institution designated by the Probation Officer for ten (10) consecutive weekends, for confinement from 7 p.m. each Friday until 7 p.m. on each Sunday.

3) Allegations 2-11 of the second amended petition are dismissed.

4) The petition for warrant or summons for offender under supervision (Filing No. 68) is dismissed.

DATED this 19th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court