IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR104 |
| | ) | |
| vs. | ) | |
| | ) | |
| RAY A. CRIBBS, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on an Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 103).   On September 1, 2016, defendant appeared with counsel, Thomas M. Petersen.   Plaintiff was represented by Russell X. Mayer, Assistant United States Attorney.   Defendant admitted to Allegation Nos. 3 through 9 of the Petition. Plaintiff moved to dismiss Allegation Nos. 1 and 2. The Court proceeded to final disposition. Accordingly,

       IT IS ORDERED:

       1.   Defendant is sentenced to time served, with no term of supervised release to follow.

       2.   Allegations 1 and 2 of the Petition are hereby dismissed.

       DATED this 1st day of September, 2016.

                                              BY THE COURT:

                                              /s/ Lyle E. Strom
                                              _____
                                              LYLE E. STROM, Senior Judge
                                              United States District Court