IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  8:08CR104 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| RAY A. CRIBBS, JR. | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on 2/10/2017 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits 1-2/ Detention Hearing/ 2/22/2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   March 3, 2017

BY THE COURT

s/ Lyle E. Strom
United States Senior Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15